**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Fernando A. NINO, Defendant-Appellant.**

**No. 16-15230**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(May 15, 2017)

Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, Arthur Lee Bentley, III, Yvette Rhodes, Joseph K. Ruddy, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Mary A. Mills, Federal Public Defender's Office, Tampa, FL, for Defendant-Appellant

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Ali Kamalzadeh, appointed counsel for Fernando Nino in this appeal of the denial of Nino's motion to reduce his sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assess-

ment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Nino's motion to reduce his sentence is **AFFIRMED**.